IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC MILLER

      v.                                              C.A. NO. 14-3192

NESTLE PURINA PETCARE
COMPANY

### ORDER

AND NOW, this 30th day of September, 2014, upon consideration of defendant's motion to dismiss and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 4] is GRANTED.

It is further ORDERED that the complaint is DISMISSED with prejudice.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.